Oliver JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99197.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 17, 2013.

Gwenda Renee Robinson, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Oliver Johnson appeals from the motion court's denial, following an evidentiary hearing, of his Rule 24.035 amended motion. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).